IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Heath Banks, | |
| | Civil Action No.: 1:13-cv-00371-CCE-JLW |
| Plaintiff, | |
| v. | |
| Williams & Fudge, Inc., | |
| Defendant. | |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)

Plaintiff, Heath Banks, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: July 3, 2013

Respectfully submitted,

By /s/*Ruth M. Allen*
Ruth M. Allen, Esq.
Bar Number: 34739
Ruth Allen Law, PLLC
7413 Six Forks Road, Suite 326
Raleigh NC 27615
Email: rallen@lemberglaw.com
Telephone: (855) 301-2100 Ext. 5536
Facsimile: (888) 953-6237
Attorney for Plaintiff

Of Counsel To:
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2013, a true and correct copy of the foregoing Notice of Dismissal was served electronically by the U.S. District Court for the Middle District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system. A copy of such was mailed to the following non-ECF parties listed below:

Williams & Fudge, Inc.
300 Chatham Avenue,
Rock Hill, South Carolina 29731-1590

By /s/Ruth M. Allen
Ruth M. Allen, Esq.